# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ, III,<br><br>    Plaintiff,<br><br>  v.<br><br>J. RAZO, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00680 DLB (PC)<br><br>ORDER (1) DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, (2) DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G), AND (3) DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(ECF No. 2) |

Plaintiff Manuel Antonio Gonzalez, III, # T-42888, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 4, 2015, along with a motion for leave to proceed in forma pauperis. On May 15, 2015, Plaintiff consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Plaintiff is subject to 28 U.S.C. 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]  The Court has reviewed Plaintiff's complaint and his allegations do not satisfy the

---

[1] The Court takes judicial notice of the following United States District Court cases: 3:07-cv-01342-L-POR, Gonzalez v. Sepulveda, (S.D. Cal. 2007) (Dismissed voluntarily after it was determined that Plaintiff was subject to 28 U.S.C. § 1915(g) as a three-striker); 2:02-cv-08884-PA-SS, Gonzalez v. State of California, et al., (C.D. Cal. 2003) (Order

imminent danger exception to section 1915(g).[2]  <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1055-56 (9th Cir. 2007).  Therefore, Plaintiff must pay the $400.00 filing fee if he wishes to litigate his claim.

      Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for leave to proceed in forma pauperis in this action is DENIED;
2. This action is DISMISSED, without prejudice to re-filing accompanied by the $400.00 filing fee; and
3. The Clerk of the Court shall enter judgment.

IT IS SO ORDERED.

   Dated:   **May 28, 2015**                              /s/ *Dennis L. Beck*
                                                                                  UNITED STATES MAGISTRATE JUDGE

---

Dismissing First Amended Complaint for failing to state a claim) (strike one); 2:02-cv-07604-PA-SHS, <u>Gonzalez v. Mayor of Carson</u>, (C.D. Cal. 2004) (Order Dismissing Third Amended Complaint for failing to state a claim) (strike two); and 1:02-cv-06456-OWW-WMW, <u>Gonzalez v. Yarborough</u>, (E.D. Cal. 2004) (Order Dismissing Complaint for failing to state a claim) (strike three).  These strikes were final prior to the date Plaintiff filed this action.  <u>Silva v. Di Vittorio</u>, 658 F.3d 1090, 1098-1100 (9th Cir. 2011).

[2] Plaintiff is suing J. Razo and numerous other defendants who are correctional officers or medical staff at California Correctional Institution at Tehachapi, California.  Plaintiff's claim arises out of an alleged assault which took place during an escort on March 18, 2014.  His allegations do not satisfy the imminent danger exception to section 1915(g).