1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9             EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  MANUEL ANTONIO GONZALEZ, III, | Case No. 1:15-cv-00680 DLB PC |
| 12            Plaintiff, | ORDER DIRECTING CLERK OF COURT TO RETURN $400.00 FILING FEE |
| 13       v. | |
| 14  J. RAZO, et al., | |
| 15            Defendants. | |

16

17       Plaintiff Manuel Antonio Gonzalez, III, # T-42888, a state prisoner proceeding pro se, filed

18   this civil rights action pursuant to 42 U.S.C. § 1983 on May 4, 2015, along with a motion for leave

19   to proceed in forma pauperis.  On May 15, 2015, Plaintiff consented to the jurisdiction of the

20   Magistrate Judge pursuant to 28 U.S.C. § 636(c).

21       On May 28, 2015, the Court determined that Plaintiff is subject to 28 U.S.C. § 1915(g),

22   having brought an action on three or more occasions that was dismissed on grounds of being

23   frivolous, malicious, or failing to state a claim upon which relief may be granted.  The Court issued

24   an order denying Plaintiff's motion for leave to proceed in forma pauperis, and dismissed the action

25   without prejudice to refiling accompanied by the $400.00 filing fee.  Judgment was entered that

26   same date.

27       On June 5, 2015, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeal. On

28   June 19, 2015, the appeal was dismissed pursuant to Plaintiff's notice of voluntary dismissal.

1

On July 6, 2016, Plaintiff submitted $400.00 for payment of the filing fee.  Plaintiff is informed that the case was dismissed and closed on May 28, 2015.  The dismissal was without prejudice to refiling a new case with payment of the filing fee.  Therefore, Plaintiff must submit a new complaint along with his filing fee.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of Court is DIRECTED to return Plaintiff's payment of $400.00; and

2) Plaintiff is advised that he must commence a new action by submitting a new complaint along with the filing fee.

IT IS SO ORDERED.

Dated:   __**July 17, 2015**__                    _____/s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

2