# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ, III,<br><br>   Plaintiff,<br><br>   v.<br><br>J. RAZO, et al.,<br><br>   Defendants. | Case No. 1:15-cv-00680 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR COURT ORDER |

Plaintiff Manuel Antonio Gonzalez, III, # T-42888, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 4, 2015.

On August 26, 2015, Plaintiff filed the instant motion requesting the filing fee in this case be applied as payment of the filing fee in Case No. 1:15-cv-01098 LJO SKO PC. Plaintiff is advised that the Court ordered the $400 payment in this case to be applied toward the filing fee in Case No. 1:15-cv-01098 LJO SKO PC on August 19, 2015. Accordingly, Plaintiff's motion is DISMISSED as moot.

IT IS SO ORDERED.

   Dated:   **September 1, 2015**             /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

1