UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. GONZALEZ IV,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAZO, et al.,<br><br>　　　　Defendants. | 1:15-cv-00680-GSA-PC<br><br>ORDER DENYING REQUEST FOR FREE COPIES<br>(ECF No. 25.) |

## I.　BACKGROUND

Manuel A. Gonzalez IV ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case was dismissed pursuant to 28 U.S.C. § 1915(g) on May 28, 2016. (ECF No. 6.)

On December 16, 2016, Plaintiff filed a request for the court to send him free copies of his exhibits.[1] (ECF No. 25.)

## II.　COPIES OF CASE DOCUMENTS

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon

---

[1] Plaintiff does not specify which exhibits he wants. The Court assumes that he is requesting copies of the exhibits attached to his Complaint.

1

written request and prepayment of the copy fees.  The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.

Plaintiff has not shown good cause for the court to send him free copies.  Plaintiff's exhibits to the complaint are 141 pages long.  To request copies at this juncture, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk.  Plaintiff is advised that in the future, he should keep copies of any document he submits to the Court.  Based on the foregoing, this request shall be denied.

**III.  CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for free copies of his exhibits is DENIED.

IT IS SO ORDERED.

Dated:   **February 6, 2017**                           **/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE